# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 22, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158823(40)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MICHAEL ANTHONY SAPPINGTON and
ANGELA SAPPINGTON,
                    Plaintiffs,

v

SC: 158823
COA: 337994
Wayne CC: 15-009836-NI

JOHN SHOEMAKE and TST EXPEDITED
SERVICES, INC.,
                    Defendants,
and

CHEROKEE INSURANCE COMPANY,
                    Defendant-Appellant,
and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
                    Defendant-Appellee.
_____/

        On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED. The reply submitted on or before February 19, 2019, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 22, 2019



Clerk